# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BOND SAFEGUARD INSURANCE COMPANY AND LEXON INSURANCE COMPANY,**

        **Plaintiff,**

-vs-                              **Case No. 6:11-cv-641-Orl-31DAB**

**JAMES ROBERT WARD; STEVAN M. ROGERS; LARRY S. COURTNEY, JR.; MICHAEL FLASKEY; and ANDY RATHKE,**

        **Defendants.**

## ORDER

This matter comes before the Court on the Answer and Motion to Dismiss (Doc. 18) filed by Defendant Andy Rathke ("Rathke"), who appears *pro se*. It is not entirely clear that Rathke intended to move for a dismissal (as opposed to simply asserting that the claims against him have no merit and therefore should not be allowed to proceed.) Assuming that Rathke did intend to seek dismissal at this point in the proceedings, his motion would have been one under Federal Rule of Civil Procedure 12(b)(6), asserting that the Plaintiffs had failed to state a claim upon which relief can be granted. However, all motions under Rule 12(b) must be filed before an answer is filed. Fed.R.Civ.P. 12(b). Thus, assuming that there is a Rule 12(b)(6) motion contained within Rathke's answer, it must be denied. In addition, even if the Court could properly consider the motion at this time, Local Rule 3.01(a) requires that any such motion must be

accompanied by a legal memorandum in support.  Rathke's motion/answer does not include such a memorandum.  Denial is therefore required on that basis as well.

In consideration of the foregoing, it is hereby

**ORDERED** that the Answer and Motion to Dismiss (Doc. 18) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 13, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party