# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BOND SAFEGUARD INSURANCE COMPANY AND LEXON INSURANCE COMPANY,**

           **Plaintiffs,**

-vs-                                        **Case No. 6:11-cv-641-Orl-31DAB**

**JAMES ROBERT WARD; STEVAN M. ROGERS; LARRY S. COURTNEY, JR.; MICHAEL FLASKEY; and ANDY RATHKE,**

           **Defendants.**

## ORDER

This matter comes before the Court on the Motion to Dismiss (Doc. 59) filed by Larry S. Courtney ("Courtney"), this Court's Order to Show Cause (Doc. 55) and the response (Doc. 60) filed by the Plaintiffs. Courtney seeks dismissal on the grounds that, although he was served by the Plaintiffs, he is not the individual identified in the Complaint. The Plaintiffs agree that the Larry S. Courtney they served is not the one they have sued, and they are willing to see that summons quashed.[1] However, they are still trying to effectuate service on the correct Larry S. Courtney and therefore they oppose dismissal of the claims against the Defendant of that name.

In consideration of the foregoing, it is hereby

---

[1] The Larry S. Courtney who was served by the Plaintiffs resides in Cumming, Georgia, while the Larry S. Courtney the Plaintiffs are suing resides – so far as the Plaintiffs can tell – in Smryna, Georgia. (Doc. 60 at 2). The Court previously granted the Plaintiffs an extension through October 31, 2011 to accomplish service of process on Courtney. (Doc. 44).

**ORDERED** that the Motion to Dismiss (Doc. 59) filed by Larry S. Courtney of Cumming, Georgia is **DENIED**. However, the summons used to serve him is **QUASHED**. He is no longer personally subject to the jurisdiction of this Court and is not a party to this matter.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 18, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party