**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BOND SAFEGUARD INSURANCE COMPANY AND LEXON INSURANCE COMPANY,**

               **Plaintiff,**

**-vs-**                                          **Case No. 6:11-cv-641-Orl-31DAB**

**JAMES ROBERT WARD; STEVAN M. ROGERS; LARRY S. COURTNEY, JR.; MICHAEL FLASKEY; and ANDY RATHKE,**

               **Defendants.**

## ORDER

This matter comes before the Court without a hearing on the Motion to Dismiss (Doc. 71) filed by Defendant Larry Courtney ("Courtney") and the response (Doc. 75) filed by the Plaintiffs. Courtney, who appears *pro se*, argues that this Court lacks jurisdiction over his person because, among other things, he never conducted business in the state of Florida and because he ceased to work for the company that is the focus of the instant suit prior to the time the alleged negligence occurred. The Plaintiffs argue that the allegations in the Amended Complaint are legally sufficient to assert jurisdiction over Courtney, and that if Courtney wanted to challenge the facts alleged in that pleading, he was obligated to file an affidavit, which he did not do.

Presumably in response to this argument, Courtney filed an Amended Motion to Dismiss (Doc. 77), to which he attached an affidavit supporting his allegations. The Plaintiffs seek to have the amended motion stricken, as it was filed without court authorization. (Doc. 80 at 2). In the

event the Court accepts the amended motion, the Plaintiffs seek an extension of time so as to file a substantive response.  (Doc. 80 at 3).

Given Courtney's status as a *pro se* litigant, the Court authorizes his filing of the amended motion.  The Plaintiffs' request to have it stricken (Doc. 80) is therefore **DENIED**.  The Plaintiffs may file a response to the amended motion on or before December 30, 2011.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 16, 2011.

‎    _____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party