# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BOND SAFEGUARD INSURANCE
COMPANY AND LEXON INSURANCE
COMPANY,

               Plaintiff,

-vs-                                  Case No. 6:11-cv-641-Orl-31DAB

JAMES ROBERT WARD; STEVAN M.
ROGERS; LARRY S. COURTNEY, JR.;
MICHAEL FLASKEY; and ANDY
RATHKE,

               Defendants.
_____

## ORDER

This cause came on for consideration without oral argument on the following motion:

> **MOTION:**    MOTION TO DISMISS (Doc. No. 73)
>
> **FILED:**      November 14, 2011
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**. At this stage of the proceedings, the Court is required to accept the allegations of the Amended Complaint as true. Thus, the Defendant's denials of those allegations are not enough to compel dismissal.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 16, 2011.

                                                        GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party