# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BOND SAFEGUARD INSURANCE COMPANY AND LEXON INSURANCE COMPANY,**

        **Plaintiff,**

-vs-                                      **Case No. 6:11-cv-641-Orl-31DAB**

**JAMES ROBERT WARD; STEVAN M. ROGERS; LARRY S. COURTNEY, JR.; MICHAEL FLASKEY; and ANDY RATHKE,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **MOTION FOR RECONSIDERATION (Doc. No. 86)**
>
> **FILED:**       January 9, 2012
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**. Movant is simply reiterating arguments previously considered and rejected by this Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 17, 2012.

                                                  GREGORY A. PRESNELL
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party