IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:11-CV-00641-ORL-31 DAB

BOND SAFEGUARD INSURANCE )
COMPANY and LEXON INSURANCE )
COMPANY, )
               Plaintiffs, )
v. )
)
JAMES ROBERT WARD, STEVAN M. )
ROGERS, LARRY S. COURTNEY, JR., )
MICHAEL FLASKEY, and ANDY )
RATHKE, )
)
               Defendants. )
_____)

## CONSENT FOR SUBSTITUTION OF MEDIATOR AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT

Defendants Michael Flaskey and Stevan M. Rogers, with the consent of all parties herein, move for the entry of an Order substituting Emery Rosenbluth as the designated mediator in this case, and in support thereof, file this Memorandum of Law:

## MEMORANDUM OF LAW

This Court entered its Case Management and Scheduling Order (the "Order") in the above-styled matter on September 9, 2011. In said Order, the Court designated Jay Cohen as the mediator in this matter. On June 15, 2012, upon request of all parties except one, the Court substituted Gary Saltzman as

-2-

mediator. (Doc. 107). However, Mr. Saltzman determined he had a non-waivable conflict of interest and accordingly, filed a Notice of Conflict with the Court. (Doc. 111).

The parties have now all agreed to the selection of Emery Rosenbluth as mediator. Mr. Rosenbluth has availability for the mediation to occur in the near future.

Mr. Rosenbluth's address and telephone number are as follows:

Emery H. Rosenbluth Jr.
Rosenbluth Law Firm
1015 Maitland Center Commons Blvd.
Maitland, FL 32751
(321) 263-0300

In accordance with Local Rule 3.01(g), the parties have conferred on this matter, and all parties are in agreement with the relief sought herein.

[CONTINUED ON FOLLOWING PAGE]

WHEREFORE, the parties respectfully move for the entry of an order substituting Emery H. Rosenbluth Jr. for Gary Saltzman as the designated mediator in this matter.

Dated: July 6, 2012.

        Respectfully submitted,

*/s/ Mary Ruth Houston*
MARY RUTH HOUSTON, ESQ.
Florida Bar No. 0834440
*mhouston@shutts.com*
JAMES A. TIMKO, ESQ.
Florida Bar No. 0088858
*jtimko@shutts.com*
DAVID J. MARKESE, ESQ.
Florida Bar No.: 0105041
*dmarkese@shutts.com*
SHUTTS & BOWEN LLP
300 South Orange Avenue, Suite 1000
Telephone (407) 423-3200
Facsimile (407) 425-8316
*Attorneys for Defendants, Stevan M. Rogers and Michael Flaskey*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of July, 2012, I electronically filed the foregoing and served all counsel of record by using the CM/ECF system and served the below parties by regular U. S. mail:

| | |
|---|---|
| **Andy Rathke**<br>7739 Woodmere Drive<br>Harrisburg, North Carolina 28075<br>*Pro se* | **Larry S. Courtney, Jr.**<br>38 Rumson Court S.E.<br>Smyrna, Georgia 30080<br>*Pro se* |

/s/ *Mary Ruth Houston*
MARY RUTH HOUSTON, ESQ.

ORLDOCS 12530134 1