**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BOND SAFEGUARD INSURANCE COMPANY AND LEXON INSURANCE COMPANY,**

        **Plaintiffs,**

-vs-                               **Case No. 6:11-cv-641-Orl-31DAB**

**JAMES ROBERT WARD; STEVAN M. ROGERS; LARRY S. COURTNEY, JR.; MICHAEL FLASKEY; and ANDY RATHKE,**

        **Defendants.**

## ORDER

This matter comes before the Court without a hearing on the Renewed Motion to Dismiss (Doc. 119) filed by Defendant Larry S. Courtney, Jr. ("Courtney") and the response in opposition (Doc. 121) filed by the Plaintiffs. Courtney, appearing *pro se*, seeks to renew his motion to dismiss on the grounds that the Court lacks personal jurisdiction over him. Substantively, Courtney fails to identify any way in which the instant motion differs from his previous efforts, which the Court has already denied. Procedurally, the instant motion is filed almost six months after Courtney filed his answer (Doc. 90), and therefore the opportunity to raise this issue is barred by Federal Rule of Civil Procedure 12(b).

Accordingly, it is hereby

**ORDERED** that the Renewed Motion to Dismiss (Doc. 119) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 6, 2012.

                                            GREGORY A. PRESNELL
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party