UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BOND SAFEGUARD INSURANCE
COMPANY AND LEXON
INSURANCE COMPANY,

    Plaintiffs,

vs.

Case No. 6:11-CV-641-ORL-31-DAB

JAMES ROBERT WARD, STEVAN M. ROGERS, LARRY S. COURTNEY JR., MICHAEL FLASKEY, AND ANDY RATHKE,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs Bond Safeguard Insurance Company and Lexon Insurance Company, and Defendants Michael Flaskey and Stevan M. Rogers, pursuant to Local Rule 3.08, hereby notify the Court that the above case has been completely settled with respect to Defendants Flaskey and Rogers.

DATED this 25th day of September 2012.

| | |
|---|---|
| /s/ John E .Menechino, Jr., Esq. | /s/ Mary Ruth Houston |
| **John E. Menechino, Jr., Esq.** | MARY RUTH HOUSTON, ESQ. |
| Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC | Florida Bar No. 0834440 |
| | *mhouston@shutts.com* |
| 3344 Peachtree Road, NE, Suite 2400 | JAMES A. TIMKO, ESQ. |
| Atlanta, GA 30326 | Florida Bar No. 0088858 |
| jmenechino@wwhgd.com | *jtimko@shutts.com* |
| *Attorney for Bond Safeguard* | DAVID J. MARKESE, ESQ. |
| | Florida Bar No.: 0105041 |
| | *dmarkese@shutts.com* |
| | SHUTTS & BOWEN LLP |
| | 300 South Orange Avenue, Suite 1000 |
| | Telephone (407) 423-3200 |

Facsimile (407) 425-8316
*Attorneys for Defendants, Stevan M. Rogers and Michael Flaskey*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2012, I served the foregoing to the following via U.S. Mail and electronic mail only: **Andy Rathke**, 7739 Woodmere Drive, Harrisburg, NC 28075, and **Larry S. Courtney, Jr.**, 38 Rumson Court, SE, Smyrna, GA 30080. I further certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**John E. Menechino, Jr., Esq.**
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326
jmenechino@wwhgd.com

**Noel F. Johnson, Esq.**
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133
njohnson@wwhgd.com

**Elizabeth A. Green, Esq.**
Baker & Hostetler, LLP
200 S. Orange Avenue, Suite 2300
Orlando, FL 32801-3432
egreen@bakerlaw.com

**Tiffany Deborah Payne, Esq.**
Baker & Hostetler, LLP
200 S. Orange Avenue, Suite 2300
Orlando, FL 32801-3432
tpayne@bakerlaw.com

**Robert W. Thielhelm, Jr.**
Baker & Hostetler, LLP
200 S. Orange Avenue, Suite 2300
Orlando, FL 32801-3432
rthielhelm@bakerlaw.com

s/ Mary Ruth Houston
Counsel

ORLDOCS 12644522 1
9/21/12