**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BOND SAFEGUARD INSURANCE**
**COMPANY and LEXON INSURANCE**
**COMPANY,**

        **Plaintiffs,**

**v.**                                                     Case No:  6:11-cv-641-Orl-31DAB

**JAMES ROBERT WARD,**

        **Defendant.**

## STIPULATED FINAL JUDGMENT

This matter came before the Court upon the Parties' Joint Motion for Entry of Stipulated Final Judgment, and the Court having granted the Motion, and being otherwise duly advised in the premises, enters this Stipulated Final judgment as follows:  It is

**ORDERED** and **ADJUDGED** that Plaintiffs' Bond Safeguard Insurance Company and Lexon Insurance Company, shall have and recover from Defendant, James Robert Ward, the sum of $40,410,729.03 for damages, costs and attorney's fees, upon which post-judgment interest shall accrue at the legal rate.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 29, 2013.

                                                              GREGORY A. PRESNELL
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party